**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**OSCAR MAGALLANES,**

**Plaintiff,**

**vs.**

**MEDAR MANSSOUR MADAA D/B/A CORNER STORE; NOHAD MAIDA, AS TRUSTEE OF THE MAIDA TRUST; and DOES 1 to 10,**

**Defendants.**

**Case No.: 2:26-cv-08703-PD**
Assigned to Magistrate Judge Patricia Donahue

**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

IT IS SO ORDERED.

DATED: 09/28/2026

Patricia Donahue
United States Magistrate Judge